Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Salo, | No. CV 2011-1566-PHX-GMS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Seattle Service Bureau, Inc., d.b.a. National Service Bureau, and Craig Jones, | |
| Defendants. | |

Plaintiff hereby givers notice of the dismissal of this action with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

DATED   October 21, 2011   .

        s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S.  Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Copy of the foregoing mailed
  October 21, 2011   to:

Patricio Esquivel
Jerold Kaplan Law Office, PC
2738 E Washington St
Phoenix, AZ 85034-1423
Attorney for Defendants

by   s/ Floyd W. Bybee

- 2 -